UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Richard P. Matsch

Civil Action No.   03-cv-00672-RPM

STORAGE TECHNOLOGY CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

QUANTUM CORPORATION,
a Delaware Corporation,

       Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the conference convened today, it is

ORDERED that this matter is set for a trial to jury, commencing on

**February 27, 2005**, **at 9:00 a.m.**, with counsel to be present at 8:30 a.m. on

the first morning of trial, in Courtroom A, the Byron White United States

Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial Procedures may

be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:  July 29th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge