IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-M-00672-RPM

STORAGE TECHNOLOGY CORPORATION,

        Plaintiff,

v.

QUANTUM CORPORATION,

        Defendant.

---

## ORDER ON PENDING MOTIONS

On July 29, 2005, the court held a scheduling conference, set this action for trial to commence on February 27, 2006, and instructed counsel to confer and advise the court about which motions still require rulings.  Counsel have not notified the court about the status of the motions, and therefore all pending discovery motions and motions in limine are deemed abandoned and denied without prejudice to refiling.  Some of those motions were accompanied by motions to seal consistent with the Protective Order governing this action.  The docket also reflects other pending motions that have become moot by subsequent proceedings.  Accordingly, it is

ORDERED that defendant Quantum Corporation's motion [doc. 101] filed November

30, 2004, to compel documents from third party IBM Corporation is denied; and it is

FURTHER ORDERED that defendant Quantum Corporation's motion [doc. 104] filed December 3, 2004, to compel documents by third party 3M Corporation is denied; and it is

FURTHER ORDERED that the motion [doc. 108] filed December 15, 2004, by 3M Corporation to reschedule the hearing on Quantum's motion to compel is moot; and it is

FURTHER ORDERED that defendant Quantum Corporation's motion to seal [doc. 128] filed January 18, 2005, is granted; and it is

FURTHER ORDERED that defendant Quantum Corporation's motions in limine numbers 1-7 [doc. 129] filed January 21, 2005, are denied.  Motions in limine 5-7 were withdrawn by stipulation [doc. 177], and motions in limine 1-4 are denied.  It is

FURTHER ORDERED that defendant Quantum Corporation's motion [doc. 130] filed January 21, 2005, to strike the expert and supplemental reports and exclude the testimony of Irving S. Rapport was withdrawn by stipulation [177] and is moot; and it is

FURTHER ORDERED that defendant Quantum Corporation's motion [doc. 131] filed January 21, 2005, to strike the expert and rebuttal reports and exclude the testimony of William W. Cochran is denied; and it is

FURTHER ORDERED that defendant Quantum Corporation's motion to seal [doc. 137] filed January 21, 2005, is granted; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporations's first motion in

limine [doc. 138] filed January 24, 2005, to prevent Quantum Corporation from denying infringement of the '363 patent is denied; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporation's second motion in limine [doc. 143] filed January 26, 2000, to exclude testimony from Quantum's expert witnesses regarding invalidity is denied; and it is

FURTHER ORDERED that plaintiff's Storage Technology Corporation's fourth motion in limine [doc. 148] filed January 26, 2005, to exclude reference by Quantum to alleged alternative technologies was withdrawn by stipulation [doc. 177] and is moot; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporation's sixth motion in limine [doc. 154] filed January 26, 2005, to exclude evidence regarding StorageTek's pending patent application is denied; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporation's seventh motion in limine [doc. 156] filed January 27, 2005, to exclude testimony from Quantum's damages expert was withdrawn by stipulation [doc. 177] and is moot; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporation's eighth motion in limine [doc. 159] filed January 27, 2005, to exclude testimony that U.S. Patent No. 6,236,529 is not disclosed or enabled, was withdrawn by stipulation [doc. 177] and is moot; and it is

FURTHER ORDERED that plaintiff Storage Technology Corporation's motion in limine [doc. 205] regarding Quantum's 35 U.S.C. 102(g)(2) defenses, filed March 15, 2005, is denied.

The stipulated withdrawal without prejudice of motions not relevant to the March 21, 2005 preliminary injunction hearing, docketed as a motion dated February 10, 2005 [doc. 177] requires no court action.

Dated: September 29, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge