UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.   03-cv-00672-RPM

STORAGE TECHNOLOGY CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

QUANTUM CORPORATION,
a Delaware Corporation,

       Defendant.

_____

ORDER SETTING FINAL PRETRIAL CONFERENCE
_____

       The Court having determined that this case should now be set for a pretrial conference, it is

       ORDERED that a final pretrial conference is scheduled for **December 19, 2005**, **at 10:00 a.m.**, in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/forms_frame.htm-PTO**.  In addition, a

03-

proposed Final Pretrial Order in WordPerfect or Word format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov** by December 9, 2005.

DATED: September 29th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Judge