**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00672-RPM-PAC

STORAGE TECHNOLOGY CORPORATION,

        Plaintiff,

v.

QUANTUM CORPORATION,

        Defendant.

_____

**ORDER PURSUANT TO FED. R. CIV. P. 26(c) REGARDING PRODUCTION OF
DOCUMENTS BY THIRD PARTY 3M**
_____

On December 16, 2005, Defendant Quantum Corporation ("Quantum") filed a Renewed Motion to Compel Production of Documents by Third-Party 3M Company seeking "the lab notebooks of Arthur R. Moore relating to his work in connection with the '190 Patent." Rule 26(c) of the Federal Rules of Civil Procedure provides that the Court may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense that disclosure or discovery may be had only on specified terms and conditions.

The Court has considered the Stipulated Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) Regarding Production Of Documents By Third Party 3M. Pursuant to Fed. R. Civ. P. 26(c), the Court hereby ORDERS the disclosure of Dr. Moore's laboratory notebooks under the following limitations:

(1) The documents will be produced as "Confidential, Outside Counsel Only," with appropriate redactions for privilege and relevancy, and their use and disclosure will be governed by the Protective Order entered by this Court on July 21, 2003;

(2) The documents will be produced in color where needed;

(3) Quantum shall directly compensate Imation at a rate of $ 250.00 per hour for the review of the documents by Eric D. Levinson, the Director of Intellectual Property at Imation, for a maximum of eight (8) hours of review prior to disclosure;

(4) Quantum shall directly compensate Imation for five copies of the documents, with the first set at a rate of $ .25 per page, with the second through fifth sets at a rate of $ .10 per page, and all color copies at a rate of $ 1.00 per page;

(5) Quantum shall request no additional discovery, in any form whether formal, informal, written or oral, related to the produced documents;

(6) 3M will assure that the copies are as legible and copyable as the originals; and

(7) 3M will maintain the originals in case there are difficulties with the copies.

3M will release the documents when fully reviewed and copied, upon full payment by Quantum to Imation of the amounts due, but no later than January 10, 2006.

The Court further ORDERS that Quantum's Renewed Motion to Compel filed on December 16, 2005 is DENIED as moot.

Dated this 30th day of December, 2005.

                                                            s/Richard P. Matsch
                                                            _____
                                                            RICHARD P. MATSCH
                                                            United States District Judge