UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.   03-cv-00672-RPM

STORAGE TECHNOLOGY CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

QUANTUM CORPORATION,
a Delaware Corporation,

       Defendant.

_____

### ORDER FOR PAYMENT OF ASSESSED JURY COSTS
_____

During jury selection today, counsel for the parties announced that this civil action has settled and that a joint motion to dismiss would be filed.  Pursuant to D.C.COLO.LCivR 54.2, the Court assesses the costs of bringing 45 jurors to this trial in the amount of $3,285.00 which the parties will pay, each party to pay one-half that amount.  It is therefore

ORDERED that Storage Technology Corporation and Quantum Corporation shall each submit payment to the Clerk of this court the amount of $1,642.50 as one-half the costs of assembling the jury venire for this trial.

DATED: February 27, 2006

                     BY THE COURT:
                     s/Richard P. Matsch
                     _____
                     Richard P. Matsch, Judge