UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.   03-cv-00672-RPM

STORAGE TECHNOLOGY CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

QUANTUM CORPORATION,
a Delaware Corporation,

       Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Dismissal with Prejudice (Doc. #306), filed on February 28, 2006, it is

ORDERED that this civil action is dismissed in its entirety with prejudice, each party to bear its own costs and attorney fees.

DATED: February 28, 2006

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Judge